UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER FOR RETURN OF |
| | : | |
| VS. | : | DEPOSIT FOR BAIL |
| | : | |
| BISMARK BATISTA | : | RECOG. NEW1491 |
| | | Case No. 07-MG-357601 |
| | : | |

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for his appearance before this Court, and that the sum of Five Thousand Dollars ($5,000.00) was deposited in the registry of this Court as security for the said recognizance; and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is, on this 23rd day of October 2008

**ORDERED** that the sum of Five Thousand Dollars ($5,000.00) so deposited as aforesaid be returned to Lazaro Ramos Batista and Ingrid Batista, 18 4th Street, Passaic, N.J.  07055 the surety of said recognizance.

GARRETT E. BROWN, CHIEF JUDGE
UNITED STATES DISTRICT COURT